IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| Juan Romero | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 1:22-cv-00778-JCH-JHR |
| Ensign United States Drilling (S.W.) Inc.; And Ensign US Southern Drilling LLC | § § § § | |
| *Defendants,* | § § | |

## Plaintiffs' Voluntary Rule 41(a)(1)(A)(i) Dismissal of All Claims Without Prejudice

For these reasons, Plaintiff Juan Romero hereby voluntarily dismisses as a matter of right and without prejudice to refiling his claims against Defendants Ensign United States Drilling (S.W.) Inc. and Ensign US Southern Drilling LLC in accordance with Rule 41(a)(1)(A)(i). Neither an answer nor a motion for summary judgment has been filed by any Defendant, meaning Plaintiff may dismiss this matter without a Court Order pursuant to Rule 41. Plaintiff hereby does so without prejudice to refiling.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
Cory D. Itkin
Texas Bar No. 24050808
Michael R. Darling
Texas Bar No. 24105778
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800

Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
mdarling@arnolditkin.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on November 14, 2022.

                                        */s/ Michael R. Darling*
                                        Michael R. Darling